In the Matter of Rose De Nicola v. Harry De Nicola.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

Manhattan Square Beresford, Inc., v. Irwin P. Strauss.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Mary Ganz v. Joseph Ganz.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Walter Rukeyser v. Nathan Newman and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

L. W. Sweet & Company, Inc., v. Provident Loan Society of New York. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of Edith Britt and Others for an Order against Paul J. Kern, President, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Thomas Kinsella, Jr., for an Order against Paul J. Kern and Others.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Peter F. Carter against Lewis J. Valentine, Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Jay Beck, Also Known as Jacob B. Bickovsky, against James E. Finegan and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of Julia M. Roberts and Others for an Order against Leo Arnstein and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Agnes Brenner, Administratrix, etc., of William Brenner, for an Order against Henry E. Bruckman, Chairman of the State Liquor Authority, and Another.— Motion for leave to appeal to the Court of appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Therese K. Straus and Others, as Surviving Executors, and of Irma N. Straus and Others, as Executors, etc., of Jesse Isidor Straus, Deceased Executor, etc., of Herbert N. Straus, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.